UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TEAMSTERS LOCAL 456 PENSION,
HEALTH & WELFARE, ANNUITY,
EDUCATION & TRAINING, INDUSTRY
ADVANCEMENT, AND LEGAL SERVICES　　　　　ORDER
FUNDS by Louis A. Picani, Joseph Sansone,
Dominick Cassanelli, Jr., Roger Taranto, Ross　　25-CV-03683-PMH
Pepe, Jeffrey Isaacs, John Cooney, Jr., and
Simone M. Almeida as Trustees and fiduciaries
of the Funds, and WESTCHESTER
TEAMSTERS LOCAL UNION NO. 456,

　　　　　　　　　Plaintiffs,

v.

K & D AGGREGATES INC and DARRELL
BJORKLAND, individually,

　　　　　　　　　Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

　　Plaintiffs have advised the Court that they have reached an agreement with Defendants to resolve the claims alleged in this action. Accordingly, it is hereby **ORDERED** that this action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2). Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
　　　　July 11, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Philip M. Halpern
　　　　　　　　　　　　　　　　　United States District Judge